**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **ROBIN BALLARD** and **YEHEZKEL MARX**, individually and on behalf of all others similarly situated, <br><br><br>　　　　　Plaintiffs, <br><br> v. <br><br> **PERRIGO COMPANY**, <br><br>　　　　　Defendant. | **Case No. 1:26-cv-01710** |
| **KURTIS ANDREE**, individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiff, <br><br> v. <br><br> **PERRIGO COMPANY**, <br><br>　　　　　Defendant. | **Case No. 1:26-cv-01724** |

**PLAINTIFFS' MOTION TO CONSOLIDATE THE RELATED**
**ACTIONS AND TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Pursuant to Fed. R. Civ. P. 42, Plaintiffs Robin Ballard, Yehezkel Marx, and Kurtis Andree, (collectively "Plaintiffs"), in their individual capacity and on behalf of all others similarly situated, respectfully move this Court to consolidate the two (2) above-captioned class action suits: *Ballard et al. v. Perrigo Company* (1:26-cv-01710); and *Andree v. Perrigo Company* (1:26-cv-01724), hereafter referred to collectively as the "Related Actions," into the first filed action, *Ballard et al. v. Perrigo Company*, No. 1:26-cv-01710 to be captioned, *In re Perrigo Company Data Breach Litigation*.

Plaintiffs further move the Court pursuant to Fed. R. Civ. P. 23(g), to appoint Rachel Dapeer of Dapeer Law, P.A. ("Dapeer Law") and Raina C. Borrelli of Strauss Borrelli PLLC ("Strauss Borrelli") as Interim Co-Lead Class Counsel to act on behalf of the Plaintiffs and the class members in the Consolidated Action. The grounds for Plaintiffs' Motion to Consolidate and to Appoint Interim Co-Lead Class Counsel are set forth in the accompanying Memorandum of Law in Support of their Motion.

Defense Counsel has not yet made an appearance in these actions. Accordingly, Defense Counsel's position on this Motion is presently unknown.

A proposed order is submitted for the Court's consideration.

Dated: June 1, 2026                    Respectfully Submitted,

/s/ Raina C. Borrelli
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Manuel S. Hiraldo, Esq.
**HIRALDO P.A.**
246 Shore Ct
Lauderdale By The Sea, FL 33308
Telephone: 954-400-4713
Email: mhiraldo@hiraldolaw.com

Rachel Dapeer*
**DAPEER LAW, P.A.**
520 S. Dixie Hwy, #240
Hallandale Beach, FL 33009
Telephone: 954.799.5914
Rachel@dapeer.com

*Pro Hac Vice forthcoming
*Counsel for Plaintiffs and the Putative Class*

2

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on June 1, 2026, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to counsel of record via the ECF system.

DATED this 1st day of June, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
raina@straussborrelli.com
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

3